McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California   95814
Telephone: (916) 554-2700

FILED

DEC - 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 2:05-CR-0520 FCD |
| Plaintiff, ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| TOMMY JACOB FRANKLIN, ) | |
| Defendant, ) | |

The Court hereby orders that the Indictment, the Petition of Mary L. Grad, Assistant U.S. Attorney, to Seal Indictment, Sealing Order, and this Order to Seal, in the above-referenced case, shall be SEALED until the arrest of the defendant(s) in this case or until further order of the Court.

DATED: 12/1/05

_____
UNITED STATES MAGISTRATE JUDGE