**FILED**

DEC - 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 2:05-CR-0520 FCD |
| Plaintiff, ) | |
| v. ) | SEALING ORDER |
| [SEALED], ) | |
| Defendant, ) | |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 12/1/05

_____
UNITED STATES MAGISTRATE JUDGE