IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

- o o O o o -

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff , | Case No. CRS05-520-FCD |
| vs. | |
| TOMMY FRANKLIN,<br>　　　　　Defendant,<br>_____/ | |

**ORDER GRANTING APPLICATION FOR
ADMISSION PRO HAC VICE**

　　**Upon** Application of attorney DAVID R. HOUSTON, in compliance with Local Rule 5-137 (b).

　　**IT IS HEREBY ORDERED** that DAVID R. HOUSTON be, and he hereby is, granted permission to appear as counsel Pro Hac Vice on behalf of the above-named Defendant in the Course of further proceedings herein, and for the purpose of this case, only.

　　DATED this 20th day of December, 2005.

　　　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE