```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-05-520-FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| TOMMY JACOB FRANKLIN | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between Mary L. Grad, Assistant U.S. Attorney, and David Houston, counsel for the defendant Tommy Jacob Franklin that the status conference currently scheduled for January 17, 2006 at 9:30 a.m. be continued until January 30, 2006 at 9:30 a.m.  Mr. Houston is not available to appear at the previously scheduled date and time.

The parties also requested that time be excluded under the provisions of the Speedy Trial Act from January 11, 2006 through

///

///

///

1

January 30, 2006 for continuity of counsel under Local Code T4 (18 U.S.C. § 3161 (h)(8)(B)(iv)).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: January 11, 2006        By  /s/ Mary L. Grad
                                                  MARY L. GRAD
                                                  Assistant U.S. Attorney

                                                  /s/ David Houston
                                              DAVID HOUSTON
                                              Counsel for Defendant

    IT IS SO ORDERED.

DATED: January 11, 2006

                                                /s/ Frank C. Damrell Jr.
                                              HONORABLE FRANK C. DAMRELL JR.
                                              United States District Judge