```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2763
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )
                                   )   CR. No. S-05-520 FCD
11              Plaintiff,         )
                                   )
12       v.                        )
                                   )   RELEASE ORDER
13  TOMMY JACOB FRANKLIN,          )
                                   )
14              Defendant.         )
    _____)
15
16       Upon the motion of the government and for good cause shown,
17  the Court orders the release from custody of Tommy Jacob Franklin
18  subject to the supervision of the Pretrial Service Officer and
19  under the attached terms and conditions.
20
21  SO ORDERED.
22
23  Dated: April 19, 2006
24                                  /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL
25                                  United States District Judge
26
27
28
```

**Conditions of Pretrial Release for Tommy Jacob Franklin**

You shall be released on your own recognizance;

You shall report to and comply with the rules and regulations of the pretrial services officer;

You shall reside at an address approved by the pretrial services officer and not move from that residence without the pretrial services officer's approval;

You shall refrain from any use of alcohol or a narcotic drug or other controlled substance without a prescription from a licensed medical practitioner;

You shall submit to drug or alcohol testing as approved by the pretrial services officer;

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by your pretrial services officer and pay associated costs as determined by your PSO.