1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Ste. 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-05-520 FCD |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER |
| | ) | OF FORFEITURE |
| v. | ) | |
| | ) | |
| TOMMY JACOB FRANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Tommy Jacob Franklin, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $30,000 in U.S. Currency seized on or about November 15, 2005, by the California Highway Patrol from a briefcase located in the trunk of a 1999 white Chevrolet Corvette, and

   b. A 1999 Chevrolet Corvette, Nevada License Number 028TDM, VIN: 1G1YY32G8X5131254.

///

1

    2.  The above-listed properties constitute, or are derived from, proceeds obtained, directly or indirectly, or were used, or intended to be used, in any manner or part, to commit and/or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1).

    3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described properties.  The aforementioned properties shall be seized and held by the United States Marshals Service, in its secure custody and control.

    4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Auburn Sentinel</u> (Placer County) and the <u>Reno Gazette Journal</u> (Washoe County, Nevada), newspapers of general circulation located in the county in which the above-described properties were seized, notice of this Order, notice of the Attorney General's and/or Secretary of Treasury's (or designee's) intent to dispose of the properties in such manner as the Attorney General and/or the Secretary of Treasury may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

       b.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the

1  nature and extent of the petitioner's right, title or interest in
2  the forfeited properties and any additional facts supporting the
3  petitioner's claim and the relief sought.
4          c.  The United States may also, to the extent
5  practicable, provide direct written notice to any person known to
6  have alleged an interest in the properties that are the subject
7  of the Order of forfeiture, as a substitute for published notice
8  as to those persons so notified.
9      5.  If a petition is timely filed, upon adjudication of all
10 third-party interests, if any, this Court will enter a Final
11 Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all
12 interests will be addressed.
13      SO ORDERED this 8TH day of June, 2006.

                                /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, JR.
                                United States District Judge