McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-05-520 FCD |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| TOMMY JACOB FRANKLIN, | |
| Defendant. | |

WHEREAS, on June 9, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Tommy Jacob Franklin forfeiting to the United States the following property:

      a. Approximately $30,000 in U.S. Currency seized on or about November 15, 2005, by the California Highway Patrol from a briefcase located in the trunk of a 1999 white Chevrolet Corvette, and

      b. A 1999 Chevrolet Corvette, Nevada License Number 028TDM, VIN: 1G1YY32G8X5131254.

AND WHEREAS, on July 16, 23 and 30, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in The Auburn Journal (Placer County), a newspaper of

1

1  general circulation located in the county in which the
2  Approximately $30,000 in U.S. Currency was seized.  On July 12,
3  19 and 26, 2006, the United States also published notification of
4  the Court's Preliminary Order of Forfeiture in the <u>Reno Gazette-
5  Journal</u> (Washoe County, Nevada), a newspaper of general
6  circulation located in the county in which the 1999 Chevrolet
7  Corvette was seized.  Said published notices advised all third
8  parties of their right to petition the Court within thirty (30)
9  days of the publication date for a hearing to adjudicate the
10 validity of their alleged legal interest in the forfeited
11 property;
12      AND WHEREAS, the Court has been advised that no third party
13 has filed a claim to the subject property, and the time for any
14 person or entity to file a claim has expired;
15      Accordingly, it is hereby ORDERED and ADJUDGED:
16      1.  A Final Order of Forfeiture shall be entered forfeiting
17 to the United States of America all right, title, and interest in
18 the above-listed property pursuant to 21 U.S.C. § 853(a), to be
19 disposed of according to law, including all right, title, and
20 interest of Tommy Jacob Franklin.
21      2.  All right, title, and interest in the above-described
22 property shall vest solely in the name of the United States of
23 America.
24 ///
25 ///
26 ///
27 ///
28 ///

    3.   The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

    SO ORDERED THIS 6<u>th</u> day of <u>October</u>, 2006.


                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, JR.
                              United States District Judge